IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | CR 08-60047-HO |
| Plaintiff, | ) | |
| | ) | **INFORMATION** |
| v. | ) | |
| | ) | [26 U.S.C. § 7203] |
| JANINE MARIE JAMES, | ) | |
| aka Janine Marie Lindemulder, | ) | |
| | ) | |
| Defendants. | ) | |

**THE UNITED STATES ATTORNEY CHARGES:**

### COUNT 1

During the calendar year 2004, defendant JANINE MARIE JAMES, aka Janine Marie Lindemulder, who was a resident of Oregon, had and received taxable income of $350,101.00, on which taxable income there was owing to the United States of America an income tax of $79,136.00; that she was required by law on or before April 15, 2005 to pay said income tax to the District Director of the Internal Revenue Service for the Internal Revenue District of Oregon, or any other proper officer of the United States; and that well-knowing and believing all of the foregoing, she did willfully fail to pay the said income tax to said District Director of the Internal Revenue Service, or to any other proper officer of the United States;

In violation of Title 26, United States Code, Section 7203.

DATED this 17th day of June, 2008.

KARIN J. IMMERGUT
United States Attorney

CHRISTOPHER L. CARDANI
Assistant U.S. Attorney