# UNITED STATES DISTRICT COURT

### District of Oregon

**United States of America,**

**vs.**                                                                 Case No:     6:08-CR-60047-HO

**Janine Marie James,**

                                    Defendant(s).

## Criminal Case Assignment Order

    **(a)**    **Presiding Judge:**  The above referenced case has been filed in the Eugene Division of the US District Court for the District of Oregon and is assigned for all further proceedings to:

> **Presiding Judge** . . . . . . . . . . . . . . . . . . . . . . . Hon. Michael R. Hogan
>
> **Presiding Judge's Suffix Code\*** . . . . . . . . . . . . . . . . . . . . . . . . . . . . HO
>
> \*These letters must follow the case number on all future filings.

    **(b)**    **Courtroom Deputy Clerk:**  Questions about the status or scheduling of this case should be directed to Lea Force at (541) 431-4103 or lea_force@ord.uscourts.gov.

    **(c)**    **Criminal Docket Clerk:**  Questions about CM/ECF filing requirements or docket entries should be directed to Sheryl Nogelmeier at (541) 431-4104 or sheryl_nogelmeier@ord.uscourts.gov.

    **(d)**    **Place of Filing:**  Pursuant to LR 3.4(b) all conventionally filed documents must be submitted to the Clerk of Court, Wayne L. Morse United States Courthouse, 405 E. Eighth Avenue, ,Room 2100, Eugene, Oregon 97401. (See also LR 100.4)

    **(e)**    **District Court Website:**  Information about local rules of practice, CM/ECF electronic filing requirements, and other related court information can be accessed on the court's website at www.ord.uscourts.gov.

**Dated:**  June 18, 2008

                                                      s/ S. Nogelmeier
                              **By:**    S. Nogelmeier, Deputy Clerk

                              **For:**   **Sheryl S. McConnell, Clerk of Court**