# UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON

RECEIVED
U.S. PROBATION OFFICE
NOV 18 09

| | |
|---|---|
| UNITED STATES OF AMERICA | SUMMONS IN A CRIMINAL CASE |
| v. | Case No.: CR 08-60047-01-TC |
| JANINE MARIE JAMES | |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date, and time set forth below.

| | |
|---|---|
| Place: U. S. Courthouse<br>405 E. 8th Avenue<br>Eugene, OR 97401 | Room: Courthouse |
| Before: The Honorable Thomas M. Coffin | Date and Time: 12/16/2009 at 1:30 p.m. |

To answer a

☐ Indictment   ☐ Information   ☐ Complaint   ☐ Violation Notice   ☒ Probation/Supervised Release Violation Petition

Brief description of offense:

Ms. James has violated her standard and special conditions of supervision.

**Mary L. Moran, Clerk of the Court**

_S. Vogelman_  
Signature of Issuing Officer

11-18-09  
Date

Name and Title of Issuing Officer

AO 83 (Rev. 2/95) Summons in a Criminal Case

## RETURN OF SERVICE

Service was made by me on: Date: December 3, 2009

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: 21041 Burbank Blvd #200, Woodland Hills CA 91367

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left: _____

☐ Return unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on Date _____

Eric P. Suing
Name of Chief U.S. Probation Officer

*[signature]*

(by) U.S. Probation Officer

### NOTICE OF DEFENDANT'S RESPONSIBILITY SUMMONS PROCESS

The United States District Court for the District of Oregon intends to expedite the summons process in supervision violation or modification proceedings. Defendants shall be arraigned on a summons before the judge who sentenced them whenever possible. A hearing regarding the issue shall be heard on the date of the initial appearance. The Court does not wish to reset the hearing date except in unusual circumstances.

In addition to your responsibility to appear as summoned, it is your responsibility to <u>contact your retained attorney or the Federal Public Defender sufficiently prior to that hearing so you can be properly represented and the matter can be heard and concluded on the same date. If you do not have an attorney presently retained to represent you or you do not believe you have sufficient funds to retain an attorney, you must call the Federal Public Defender at 503/326-2123 as soon as possible.</u>

1) As to who may serve a summons see Rule 4 of the Federal rules of Criminal Procedure.