Craig E. Weinerman, OSB No. 960130
Assistant Federal Public Defender
151 W. 7th Avenue, Suite 510
Eugene, OR 97401
*Craig_Weinerman@fd.org*
(541) 465-6937 (telephone)
(541) 465-6975 (facsimile)

Attorney for Defendant

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>vs.<br><br>JANINE MARIE JAMES,<br><br>                      Defendant. | CR 08-60047-HO<br><br>*EX PARTE* APPLICATION FOR ISSUANCE OF SUBPOENAS AND WITNESS FEES AT GOVERNMENT EXPENSE |

Pursuant to Rule 17(b) and 17(c) of Federal Rules of Criminal Procedure, the defendant, Janine Marie James, who is indigent, by and through her attorney, Craig E. Weinerman, hereby moves for an order authorizing the issuance of subpoenas and subpoenas duces tecum, costs and fees incurred to be paid as provided by 28 C.F.R. §§ 21.1 et seq.

RESPECTFULLY SUBMITTED January 13, 2010.

                                                    /s/ Craig E. Weinerman
                                                    Craig E. Weinerman
                                                    Attorney for Defendant