Craig E. Weinerman, OSB No. 960130
Assistant Federal Public Defender
151 W. 7th Avenue, Suite 510
Eugene, OR 97401
*Craig_Weinerman@fd.org*
(541) 465-6937 (telephone)
(541) 465-6975 (facsimile)

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 08-60047-HO |
| Plaintiff, | |
| vs. | *EX PARTE* ORDER ALLOWING ISSUANCE OF SUBPOENAS AND WITNESS FEES AT GOVERNMENT EXPENSE |
| JANINE MARIE JAMES, | |
| Defendant. | |

The *Ex Parte* Application for Issuance of Subpoenas and Witness Fees at Government Expense of defendant, Janine Marie James, having come before the Court, and the Court having considered the same,

IT IS ORDERED that the Clerk issue subpoenas and subpoenas duces tecum to defendant's counsel as requested to be served on behalf of the defendant at government expense, and that the costs and fees incurred by the process and for witness fees be paid as provided by 28 C.F.R. §§ 21.1 et seq.

Page 1 -    *Ex Parte* Order Allowing Issuance of Subpoenas And Witness Fees At Government Expense

DATED this ___ day of January, 2010.

                                                     Thomas M. Coffin
                                                   United States Magistrate Judge

Submitted by:

/s/ Craig E. Weinerman
Craig E. Weinerman
Attorney for Defendant

*Ex Parte* **Order Allowing Issuance of Subpoenas And Witness Fees At Government Expense**